```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CIVIL DOCKET ENTRIES FOR CASE A05-0184--CV (RRB)
                    "PROGRESSIVE SPECIALTY INS CO V L. STERNBACH"

              Including terminated parties, excluding terminated counsel


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 08/04/05
             Closed: NO

       Jurisdiction: (4) Diversity (see citizenship of parties)
      PLF Diversity: (2) Citizen of Another State
      DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

     Nature of Suit: (110) Insurance

             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Paid $250.00 on 08/04/05 receipt # 00126292
           Trial by:


Parties of Record:                             Counsel of Record:

PLF 1.1         PROGRESSIVE SPECIALTY INSURANCE CO     Gary A. Zipkin
                                                      Guess & Rudd
                                                      510 L Street, Suite 700
                                                      Anchorage, AK 99501
                                                      907-793-2200
                                                      FAX 907-793-2299

DEF 1.1         STERNBACH, LORETTA                    No counsel found for this party!
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET ENTRIES FOR CASE A05-0184--CV (RRB)
                   "PROGRESSIVE SPECIALTY INS CO V L. STERNBACH"

                              For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 08/04/05
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (2) Citizen of Another State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (110) Insurance

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 08/04/05 receipt # 00126292
          Trial by:


Document #    Filed     Docket text

     1 -  1   08/04/05  Complaint filed; Summons issued.

     2 -  1   09/29/05  PLF 1 Return of Service Executed re: DEF 1 on 9/14/05.n

     3 -  1   10/14/05  PLF 1 Disclosure statement.

     4 -  1   10/19/05  RRB Minute Order plf required to take action as to case not at issue.
                        Plf to require an answer or apply for default w/in 20 days.  cc: cnsl

     5 -  1   10/24/05  PLF 1 Application for entry of default re: DEF 1 w/att aff.

     6 -  1   10/25/05  Clerk's Notice entering default as to DEF 1. cc: cnsl, L. Sternbach
```