IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>LORETTA STERNBACH,<br><br>        Defendant. | Case No. 3:05-cv-0184-RRB<br><br>**ORDER GRANTING DEFAULT** |

      Plaintiff's Application for Default Final Judgment at Docket 7 is hereby **GRANTED** for the reasons set forth in the memorandum in support thereof.

      ENTERED this 26th day of January, 2006.

                               /s/ RALPH R. BEISTLINE
                               UNITED STATES DISTRICT JUDGE