Gary A. Zipkin, Esq.
Aisha Tinker Bray, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska 99501
(907) 793-2200 Telephone
(907) 793-2299 Facsimile
E-mail: gzipkin@guessrud.com
Attorneys for Progressive Specialty Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>LORETTA STERNBACH,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) USDC Case No. A05-0184 CV (RRB) |

DEFAULT FINAL JUDGMENT

This court having entered default against Loretta Sternbach on October 25, 2005 for having failed to appear and defend this action, Progressive Specialty Insurance Company ("Progressive") having requested default final judgment, and there being no just reason for delay in entry of final judgment on behalf of Progressive, final judgment is hereby expressly directed as follows:

IT IS HEREBY ORDERED, DECREED, and ADJUDGED that, final judgment is GRANTED in favor of Progressive and against Loretta Sternbach.

LAW OFFICES OF
Guess & Rudd P.C.
100 CUSHMAN STREET
SUITE 500
FAIRBANKS, ALASKA
99701-4659
(907) 452-8986
FAX: (907) 452-7015

IT IS FURTHER ORDERED, DECREED, and ADJUDGED that Ms. Sternbach's Progressive insurance policy expired on its own terms on December 4, 2004 and was not in effect at the time of the accident on May 9, 2005, so there is no coverage under that policy for Ms. Sternbach's injuries.

IT IS FURTHER ORDERED, DECREED, and ADJUDGED that, even if Ms. Sternbach's Progressive policy had been in effect, there is no third-party liability bodily injury coverage under the policy because Mr. Harrington, the operator of the vehicle, was not an "insured person" under the policy since he was not a permissive driver of Ms. Sternbach's vehicle.

DATED at Anchorage, Alaska, this 18 day of September, 2006.

S/RRB
Honorable Ralph R. Beistline
United States District Court Judge

LAW OFFICES OF
Guess & Rudd P.C.
100 CUSHMAN STREET
SUITE 500
FAIRBANKS, ALASKA
99701-4659
(907) 452-8986
FAX: (907) 452-7015

A05-0184 CV (RRB) Progressive Specialty Insurance Company v. Loretta Sternbach
Final Judgment on Default
Page 2